PEOPLE V YOST, No. 136733; Court of Appeals No. 285649.

HATHAWAY, J. (*not participating*). To avoid unnecessary delay to the parties in cases considered by this Court before I assumed office, I follow the practice of previous justices in transition and participate only in cases that need my vote to achieve a majority for a decision.